

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2021

No. 04-21-00558-CV

**In re Rogelio Lopez, Jr.**

Original Mandamus Proceeding

**ORDER**

Sitting:      Luz Elena D. Chapa, Justice
                Beth Watkins, Justice
                Liza A. Rodriguez, Justice

Rogelio Lopez, Jr. filed a petition for a writ of mandamus and an emergency motion for temporary relief on December 16, 2021.

We **order** respondent, Monica Alcantara to file a response by 10:00 a.m., December 17, 2021. The court will also entertain timely responses from Albert Whitby and Michele Carey Garcia.

We **grant** the motion for a temporary stay and order Monica Alcantara not to certify the ballot for the race for Bexar County Justice of the Peace, Precinct 4, Place 1 to the Secretary of State until further order of this court.

It is so **ORDERED** on December 16, 2021.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court